**MEMO ENDORSED**

**NORRIS McLAUGHLIN | P.A.**
ATTORNEYS AT LAW

7 Times Square
21st Floor
New York, NY 10036
T: 908-722-0700
F: 908-722-0755

*Direct Dial: 908-252-4208*
*Email: naduston@norris-law.com*

May 1, 2024

**Via Email**
Hon. Victoria Reznik, U.S.M.J.
District Court for the Southern District of New York
300 Quarropas St.
White Plains, NY 10601-4150
E: ReznikNYSDChambers@nysd.uscorts.gov

Re:   *Mercedes-Benz Financial Services USA LLC v. City of Yonkers et al.*;
Dkt. No. 23-cv-09415-CS-VR

Your Honor:

We represent Mercedez-Benz Financial Services ("MBFS"), the plaintiff in the above-referenced case against defendants City of Yonkers ("Yonkers") and County Auto and Commercial Towing North, Inc. ("County Auto" and, together with MBFS and Yonkers, the "Parties"). The Parties have reached a preliminary settlement agreement and therefore request that the Thursday, May 2, 2024 settlement conference be adjourned until the parties have had an opportunity to agree to, and finalize, the nonmaterial terms of settlement. Once the settlement agreement is fully executed and consummated, the Parties will file the necessary stipulations closing out this matter. It may be some time before the settlement is fully finalized, and, accordingly, the Parties hereby request that the above-mentioned settlement conference be adjourned until July 18, 2024 or such time thereafter as the Court may find convenient. By that time, the settlement should be finalized.

We are available should Your Honor desire any further information.

The May 2, 2024, Settlement Conference is adjourned sine die. The parties are directed to submit a joint status letter by **July 18, 2024**.

APPLICATION GRANTED

Hon. Victoria Reznik, U.S.M.J.

**Dated:** May 1, 2024

Respectfully Submitted,
**Norris McLaughlin, P.A.**

By: _____
Nicholas Duston



BRIDGEWATER, NJ  |  NEW YORK, NY  |  ALLENTOWN, PA

WWW.NORRISMCLAUGHLIN.COM