## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MERCEDES-BENZ FINANCIAL SERVICES USA, LLC,<br><br>      Plaintiff,<br><br>    v.<br><br>THE CITY OF YONKERS and COUNTY AUTO AND COMMERCIAL TOWING NORTH, INC,<br><br>      Defendants. | DOCKET NO.: 7:23-CV-09415-CS-VR<br><br>**JUDGMENT** |

Seibel, J.

This action having been commenced on October 26, 2023 by the filing of the Summons and Complaint; and it appearing that Defendant, City of Yonkers ("Defendant") made an offer of judgment pursuant to Federal Rule of Civil Procedure 68 on June 21, 2024; and it appearing that Plaintiff Mercedes-Benz Financial Services USA, LLC ("Plaintiff") unconditionally accepted that offer on June 28, 2024; and Plaintiff having filed the offer, acceptance, and an appropriate proof of service with the court in accordance with Rule 68(a); and good cause having been shown; judgment is hereby entered against Defendant pursuant to Fed. R. Civ. P. 68 as follows:

Judgment is entered in favor of Plaintiff and against Defendant, City of Yonkers, in the amount of $30,000, inclusive of all costs and attorneys' fees at issue in this action.

This Court shall retain jurisdiction of this action to ensure compliance with this Order and for all other purposes related to this Action.

There being no just reason for delay, the Clerk of the Court is hereby instructed to enter this Order and Judgment Against Defendant City of Yonkers forthwith and without further notice.

    The Clerk of Court is directed to close this case.

    **SO ORDERED**, this  28th  day of   June  , 2024.

Dated:     6/28    , 2024
       White Plains, New York

                                                         CATHY SEIBEL, U.S.D.J.